| Case No: | 12-32834 -ERW | | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | VASILOS, ROSALIE R. | | | Bank Name: | ASSOCIATED BANK |
| | | | | Account Number / CD #: | *******8439 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2560 | | | | |
| For Period Ending: | 04/15/13 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/05/13 | 9 | ROSALIE VASILOS | RCPTS - LIQUID. OF PERSONAL PROP. | 1110-000 | 8,401.81 | | 8,401.81 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.28 | 8,390.53 |
| 03/22/13 | 010001 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | BOND PAYMENTS | 2300-000 | | 7.01 | 8,383.52 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.47 | 8,371.05 |

```
                            COLUMN TOTALS                      8,401.81        30.76         8,371.05
                     Less: Bank Transfers/CD's                    0.00          0.00
                            Subtotal                            8,401.81        30.76
                     Less: Payments to Debtors                                   0.00
                            Net                                 8,401.81        30.76

                                                                                NET             ACCOUNT
    TOTAL - ALL ACCOUNTS                        NET DEPOSITS    DISBURSEMENTS    BALANCE
    Checking Account (Non-Interest Earn - ********8439)  8,401.81    30.76      8,371.05
                                                 ------------  ------------  ------------
                                                    8,401.81       30.76         8,371.05
                                                 ============  ============  ============
                                                 (Excludes Account  (Excludes Payments  Total Funds
                                                    Transfers)      To Debtors)       On Hand
```

Page Subtotals    8,401.81    30.76

LFORM24                                                                                    Ver: 17.01