UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
VASILOS, ROSALIE R.                 §    Case No. 12-32834
                                    §
          Debtor(s)                 §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

         CLERK OF THE U.S. BANKR. CT
         219 S. DEARBORN STREET
         7TH FLOOR
         CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 05/08/2013 in Courtroom 744,
         United States Courthouse
         219 South Dearborn
         Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/02/2013        By: /s/ Andrew J. Maxwell
                                         Trustee

ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
                                    §
VASILOS, ROSALIE R.                 §       Case No. 12-32834
                                    §
         Debtor(s)                  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 8,401.81 |
| and approved disbursements of | $ | 18.29 |
| leaving a balance on hand of[1] | $ | 8,383.52 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 1,590.18 | $ 0.00 | $ 1,590.18 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 7.01 | $ 7.01 | $ 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 1,590.18 |
| Remaining Balance | $ 6,793.34 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 16,039.21 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 42.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 16,039.21 | $ 0.00 | $ 6,793.34 |
| | Total to be paid to timely general unsecured creditors | | | $ 6,793.34 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Andrew J. Maxwell
Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                        United States Bankruptcy Court
                         Northern District of Illinois

In re:                                                     Case No. 12-32834-ERW
Rosalie R. Vasilos                                         Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: mrahmoun              Page 1 of 2              Date Rcvd: Apr 16, 2013
                              Form ID: pdf006             Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2013.
db           +Rosalie R. Vasilos,    610 Stone Brook Court,    Elk Grove Village, IL 60007-4095
19331082     +Ann Taylor,    World Financial Network Bank,    PO Box 182273,    Columbus, OH 43218-2273
19331083      Bank of America,    PO Box 851001,   Dallas, TX 75285-1001
19331084      Chase Card Services,    PO Box 15153,   Wilmington, DE 19886-5153
19331086      Chase Home Finance,    PO Box 9001020,    Louisville, KY 40290-1020
19331085      Chase Home Finance,    PO Box 9001871,    Louisville, KY 40290-1871
19331088      Macy's/DSNB,    PO Box 183083,   Columbus, OH 43218-3083

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19891659      E-mail/PDF: mrdiscen@discoverfinancial.com Apr 17 2013 02:19:27     Discover Bank,
               DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
19331087      E-mail/PDF: mrdiscen@discoverfinancial.com Apr 17 2013 02:19:27     Discover Financial Services,
               PO Box 6103,   Carol Stream, IL 60197-6103
                                                                                             TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19331089     STUDENT LOAN
                                                                                             TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 18, 2013**          **Signature:** *Joseph Speetjens*

```
District/off: 0752-1           User: mrahmoun              Page 2 of 2                  Date Rcvd: Apr 16, 2013
                               Form ID: pdf006            Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2013 at the address(es) listed below:

        Andrew J Maxwell, ESQ   maxwelllawchicago@yahoo.com,
         amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com
        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
        Wendy R. Morgan    on behalf of Debtor Rosalie R. Vasilos bk@wendymorgan.com,   wrm@lawyer.com
                                                                                                                                 TOTAL: 3