UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                               §
                                     §
VASILOS, ROSALIE R.                  §    Case No. 12-32834
                                     §
            Debtor(s)                §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on            . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase Home Finance PO Box 9001020 Louisville, KY 40290-1020 |  |  |  |  |  |
|  | Chase Home Finance PO Box 9001871 Louisville, KY 40290-1871 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ann Taylor World Financial Network Bank PO Box 182273 Columbus, OH 43218 | | | | | |
| | Bank of America PO Box 851001 Dallas, TX 75285-1001 | | | | | |
| | Chase Card Services PO Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | Macy's/DSNB PO Box 183083 Columbus, OH 43218-3083 | | | | | |
| | STUDENT LOAN | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 12-32834 | ERW | Judge: EUGENE R. WEDOFF | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | VASILOS, ROSALIE R. | | | Date Filed (f) or Converted (c): | 08/19/12 (f) |
| | | | | 341(a) Meeting Date: | 10/17/12 |
| For Period Ending: | 06/06/13 | | | Claims Bar Date: | 04/05/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Residence: 610 Stone Brook Court, El | 238,840.00 | 0.00 | | 0.00 | FA |
| 2. 1 week Time Share in Las Vegas: Marriott Vacation | 0.00 | 0.00 | | 0.00 | FA |
| 3. ING Checking Account, No. Ending x2107 | 300.00 | 0.00 | | 0.00 | FA |
| 4. Savings Account with ING | 1.81 | 0.00 | | 0.00 | FA |
| 5. Used household goods & furnishings | 500.00 | 0.00 | | 0.00 | FA |
| 6. Used clothing | 350.00 | 0.00 | | 0.00 | FA |
| 7. IRA with Baird Financial, account ending 3831 | 95,970.16 | 15,951.90 | | 0.00 | FA |
| 8. 401(k) thru Employer, Capital One | 450.00 | 0.00 | | 0.00 | FA |
| 9. Used 2007 Lexus ES 350; Average condition; NADA va | 14,350.00 | 8,751.81 | | 8,401.81 | FA |
| 10. Used 2001 Honda Accord DX, co-owned with daughter. | 500.00 | 500.00 | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $351,261.97 | $25,203.71 | | $8,401.81 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

waiting for POC bar date (4/5/13), FR prepared

car equity negotiated and received into estate January 2013

investigating car equity over exemptions


Initial Projected Date of Final Report (TFR): 12/31/13     Current Projected Date of Final Report (TFR): 12/31/13

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 12-32834 -ERW |
| Case Name: | VASILOS, ROSALIE R. |
| Taxpayer ID No: | *******2560 |
| For Period Ending: | 06/06/13 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8439  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/05/13 | 9 | ROSALIE VASILOS | RCPTS - LIQUID. OF PERSONAL PROP. | 1110-000 | 8,401.81 | | 8,401.81 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.28 | 8,390.53 |
| 03/22/13 | 010001 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | BOND PAYMENTS | 2300-000 | | 7.01 | 8,383.52 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.47 | 8,371.05 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.04 | 8,359.01 |
| 05/08/13 | 010002 | ANDREW J. MAXWELL 105 W. Adams SUITE 3200 CHICAGO, ILLINOIS 60603 | Chapter 7 Compensation/Fees | 2100-000 | | 1,590.18 | 6,768.83 |
| 05/08/13 | 010003 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Claim 000001, Payment 42.20177% | 7100-000 | | 6,768.83 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 8,401.81 | 8,401.81 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 8,401.81 | 8,401.81 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 8,401.81 | 8,401.81 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******8439 | 8,401.81 | 8,401.81 | 0.00 |
| | 8,401.81 | 8,401.81 | 0.00 |
| | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals   8,401.81   8,401.81

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| | |
|---|---|
| Case No: | 12-32834 -ERW |
| Case Name: | VASILOS, ROSALIE R. |
| Taxpayer ID No: | *******2560 |
| For Period Ending: | 06/06/13 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8439 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking Account (Non-Interest Earn - ********8439 | | Transfers) | To Debtors) | On Hand |
| | | | Page Subtotals | | 0.00 | 0.00 | |

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*